**In re Gerard Robert VAN DER HEIDE, Debtor.**

**Gerard Robert Van Der Heide, Appellant,**

v.

**John V. LaBarge, Jr., Appellee.**

**BAP No. 99–6090EM.**

United States Bankruptcy Appellate Panel of the Eighth Circuit.

April 13, 1999.

### *JUDGMENT*

Pursuant to the judgment of the United States Court of Appeals, the Bankruptcy Appellate Panel's opinion and judgment of April 15, 1998 are hereby vacated. It is further ordered and adjudged that the judgment of the Bankruptcy Court is reversed and this case is remanded to the Bankruptcy Court for proceedings consistent with the opinion of the Court of Appeals.